UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-9576-DMG (JPRx) | Date | October 28, 2019 |
| Title | *Samia Nowzari v. Jaguar Land Rover North America, LLC, et al.* | Page | 1 of 1 |

Present: The Honorable  DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT IMPOSE SANCTIONS ON THE PARTIES' COUNSEL**

Pursuant to this Court's Scheduling and Case Management Order Re Jury Trial ("Case Management Order"), filed January 3, 2019, the parties were required to file their Motions in Limine, Joint Status Report re Settlement, Proposed Pretrial Conference Order, Contentions of Fact and Law, Pretrial Exhibit Stipulation, Joint Exhibit List, Witness Lists and Joint Trial Witness Time Estimate Form, Agreed Statement of the Case, Proposed Voir Dire Questions, Joint Statement of Jury Instructions and Joint Statement of Disputed Instructions, and Verdict Forms ("Pretrial Documents") by October 22, 2019, in preparation for the Pretrial Conference set for November 12, 2019. [Doc. # 11.]

To date, the parties have not filed *any* of these documents. Plaintiff's and Defendants' respective attorneys are hereby **ORDERED TO SHOW CAUSE** why the Court should not impose sanctions upon them for their failure to comply with a Court Order. The attorneys' joint response to this Order shall be filed **by November 5, 2019**.

**IT IS SO ORDERED.**